```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

**CARL COLDIRON,**

        **Plaintiff,**

  vs.                              Civil Action 2:08-CV-745
                                        Judge Holschuh
                                        Magistrate Judge King

**JANE FARLEY,** *et al.*,

        **Defendants.**

## ORDER

On February 11, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendants' motion for summary judgment, Doc. No. 54, be granted. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The defendants' motion for summary judgment, Doc. No. 54, is **GRANTED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.


Date: March 4, 2010                                  **/s/ John D. Holschuh**
                                                              John D. Holschuh, Judge
                                                               United States District Court